**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HIGHLAND PARK MEZZ LENDER LLC,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER J. DONATELLI and LOUIS T. DONATELLI,<br><br>Defendants. | Case No. 1:25-cv-01614-RC<br><br>**JURY TRIAL DEMANDED** |

## ANSWER AND DEFENSES OF LOUIS T. DONATELLI

Defendant Louis T. Donatelli ("Defendant"), for his Answer and Defenses to the Complaint filed by Plaintiff Highland Park Mezz Lender LLC ("Plaintiff"), states as follows:

## DEFENDANT'S RESPONSE TO THE COMPLAINT

Defendant is not liable or in any way responsible for the Guaranty in this case, as Defendant did not sign the Guaranty, did not know about the Guaranty, and did not agree to any of its terms.

## DEFENDANT'S ANSWERS TO THE ALLEGATIONS OF THE COMPLAINT

Each numbered paragraph below corresponds with the same numbered paragraph in Plaintiff's Complaint.

1. The allegations in Paragraph 1 of the Complaint contain Plaintiff's characterization of this action, to which no response is required. To the extent a response may be required, Defendant denies the allegations in Paragraph 1 of the Complaint.

## PARTIES

2. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 2 of the Complaint, which relate to Plaintiff's corporate form and citizenship, and on that basis Defendant denies the allegations in Paragraph 2 of the Complaint.

3. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 3 of the Complaint, and on that basis Defendant denies the allegations in Paragraph 3 of the Complaint.

4. Defendant admits the allegations in Paragraph 4 of the Complaint.

## JURISDICTION, VENUE, AND APPLICABLE LAW

5. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 5 of the Complaint, which also assert legal conclusions to which no response is required, and on those bases Defendant denies the allegations in Paragraph 5 of the Complaint.

6. The allegations in Paragraph 6 of the Complaint assert legal conclusions to which no response is required. To the extent a response may be required, Defendant denies the allegations in Paragraph 6 of the Complaint.

7. The allegations in Paragraph 7 of the Complaint assert legal conclusions to which no response is required. To the extent a response may be required, Defendant denies the allegations in Paragraph 7 of the Complaint.

## FACTS

8. To the extent the allegations in Paragraph 8 of the Complaint purport to relate to Defendant, Defendant denies the allegations in Paragraph 8 of the Complaint, and Defendant otherwise lacks knowledge or information sufficient to form a belief as to the truth of the remaining

allegations in Paragraph 8 of the Complaint, and on that basis Defendant denies the remaining allegations in Paragraph 8 of the Complaint.

9. To the extent the allegations in Paragraph 9 of the Complaint purport to relate to Defendant, Defendant denies the allegations in Paragraph 9 of the Complaint, and Defendant otherwise lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 9 of the Complaint, which also assert legal conclusions to which no response is required, and on that basis Defendant denies the remaining allegations in Paragraph 9 of the Complaint.

10. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 10 of the Complaint, which also assert legal conclusions to which no response is required, and on that basis Defendant denies the allegations in Paragraph 10 of the Complaint.

11. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 11 of the Complaint, which also assert legal conclusions to which no response is required, and on that basis Defendant denies the allegations in Paragraph 11 of the Complaint.

12. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 12 of the Complaint, which also assert legal conclusions to which no response is required, and on that basis Defendant denies the allegations in Paragraph 12 of the Complaint.

13. To the extent the allegations in Paragraph 13 of the Complaint purport to relate to Defendant, Defendant denies the allegations in Paragraph 13 of the Complaint, and Defendant otherwise lacks knowledge or information sufficient to form a belief as to the truth of the remaining

allegations in Paragraph 13 of the Complaint, which also assert legal conclusions to which no response is required, and on that basis Defendant denies the remaining allegations in Paragraph 13 of the Complaint.

14. To the extent the allegations in Paragraph 14 of the Complaint purport to relate to Defendant, Defendant denies the allegations in Paragraph 14 of the Complaint, and Defendant otherwise lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 14 of the Complaint, which also assert legal conclusions to which no response is required, and on that basis Defendant denies the remaining allegations in Paragraph 14 of the Complaint.

15. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 15 of the Complaint, which also assert legal conclusions to which no response is required, and on that basis Defendant denies the allegations in Paragraph 15 of the Complaint.

16. To the extent the allegations in Paragraph 16 of the Complaint purport to relate to Defendant, Defendant denies the allegations in Paragraph 16 of the Complaint, and Defendant otherwise lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 16 of the Complaint, which also assert legal conclusions to which no response is required, and on that basis Defendant denies the remaining allegations in Paragraph 16 of the Complaint.

17. To the extent the allegations in Paragraph 17 of the Complaint purport to relate to Defendant, Defendant denies the allegations in Paragraph 17 of the Complaint, and Defendant otherwise lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 17 of the Complaint, which also assert legal conclusions to which no

response is required, and on that basis Defendant denies the remaining allegations in Paragraph 17 of the Complaint.

**FIRST CAUSE OF ACTION**
**(Breach of Guaranty)**

18. Defendant denies the allegations in Paragraph 18 of the Complaint except to the extent specifically admitted in Defendant's answers to Paragraphs 1 through 17 of the Complaint above.

19. To the extent the allegations in Paragraph 19 of the Complaint purport to relate to Defendant, Defendant denies the allegations in Paragraph 19 of the Complaint, and Defendant otherwise lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 19 of the Complaint, which also assert legal conclusions to which no response is required, and on that basis Defendant denies the remaining allegations in Paragraph 19 of the Complaint.

20. To the extent the allegations in Paragraph 20 of the Complaint purport to relate to Defendant, Defendant denies the allegations in Paragraph 20 of the Complaint; Paragraph 20 of the Complaint otherwise asserts legal conclusions to which no response is required. To the extent a response may be required, Defendant denies the allegations in Paragraph 20 of the Complaint.

21. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 21 of the Complaint, which also assert legal conclusions to which no response is required, and on that basis Defendant denies the allegations in Paragraph 21 of the Complaint.

22. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 22 of the Complaint, which also assert legal conclusions to which

no response is required, and on that basis Defendant denies the allegations in Paragraph 22 of the Complaint.

23. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 23 of the Complaint, which also assert legal conclusions to which no response is required, and on that basis Defendant denies the allegations in Paragraph 23 of the Complaint.

24. To the extent the allegations in Paragraph 24 of the Complaint purport to relate to Defendant, Defendant denies the allegations in Paragraph 24 of the Complaint, and Defendant otherwise lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 24 of the Complaint, which also assert legal conclusions to which no response is required, and on that basis Defendant denies the remaining allegations in Paragraph 24 of the Complaint.

25. To the extent the allegations in Paragraph 25 of the Complaint purport to relate to Defendant, Defendant denies the allegations in Paragraph 25 of the Complaint, and Defendant otherwise lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 25 of the Complaint, which also assert legal conclusions to which no response is required, and on that basis Defendant denies the remaining allegations in Paragraph 25 of the Complaint.

26. To the extent the allegations in Paragraph 26 of the Complaint purport to relate to Defendant, Defendant denies the allegations in Paragraph 26 of the Complaint, and Defendant otherwise lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 26 of the Complaint, which also assert legal conclusions to which no

response is required, and on that basis Defendant denies the remaining allegations in Paragraph 26 of the Complaint.

**SECOND CAUSE OF ACTION**
**(Costs of Enforcement)**

27. Defendant denies the allegations in Paragraph 27 of the Complaint except to the extent specifically admitted in Defendant's answers to Paragraphs 1 through 26 of the Complaint above.

28. To the extent the allegations in Paragraph 28 of the Complaint purport to relate to Defendant, Defendant denies the allegations in Paragraph 28 of the Complaint, and Defendant otherwise lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 28 of the Complaint, which also assert legal conclusions to which no response is required, and on that basis Defendant denies the remaining allegations in Paragraph 28 of the Complaint.

29. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 29 of the Complaint, which also assert legal conclusions to which no response is required, and on that basis Defendant denies the allegations in Paragraph 29 of the Complaint.

30. To the extent the allegations in Paragraph 30 of the Complaint purport to relate to Defendant, Defendant denies the allegations in Paragraph 30 of the Complaint, and Defendant otherwise lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 30 of the Complaint, which also assert legal conclusions to which no response is required, and on that basis Defendant denies the remaining allegations in Paragraph 30 of the Complaint.

* * *

Except to the extent specifically admitted in Defendant's answers above, Defendant denies the allegations in the Complaint.

**DEFENDANT'S DEFENSES**

Defendant asserts the following defenses, without assuming the burden of proof on such defenses that would otherwise rest with Plaintiff, and reserving the right to assert other defenses and claims not asserted herein if and when they become appropriate and/or available:

1. Plaintiff's Complaint fails to state a claim against Defendant upon which relief may be granted.

2. The claims against Defendant in Plaintiff's Complaint are barred by the statute of frauds because Defendant is not, and has never been, a party to the Guaranty attached to the Complaint.

3. The claims against Defendant in Plaintiff's Complaint are barred by the statute of frauds because Defendant never signed the Guaranty attached to the Complaint.

4. The claims against Defendant in Plaintiff's Complaint are barred for failure of consideration because Defendant never entered into the Guaranty attached to the Complaint and never received any consideration in connection with the Guaranty attached to the Complaint.

5. The claims against Defendant in Plaintiff's Complaint are barred because Plaintiff acted inequitably and in bad faith by bringing this action against Defendant, a non-party and non-signatory to the Guaranty attached to the Complaint.

6. The claims against Defendant in Plaintiff's Complaint are barred by the doctrine of unclean hands because Plaintiff brought this action against Defendant, a non-party and non-signatory to the Guaranty attached to the Complaint.

7. The claims against Defendant in Plaintiff's Complaint are barred by the doctrine of laches because Defendant never signed and was never a party to the Guaranty attached to the Complaint.

8. The claims against Defendant in Plaintiff's Complaint are barred by the doctrine of mistake because Defendant never signed and was never a party to the Guaranty attached to the Complaint.

9. The claims against Defendant in Plaintiff's Complaint are barred by the doctrine of estoppel based on the acts, omissions, and negligence of Plaintiff and/or Plaintiff's predecessor in interest, MF1 Capital LLC, with respect to the Guaranty, including without limitation Plaintiff's and/or MF1 Capital LLC's failure to verify whether Defendant actually signed the Guaranty or communicate with Defendant in connection with the Guaranty and, upon information and belief, Plaintiff's and/or MF1 Capital LLC's awareness, suspicion, or belief that Defendant had not, in fact, signed the Guaranty.

10. The claims against Defendant in Plaintiff's Complaint are barred by fraud, as Plaintiff's action is based on a Guaranty allegedly signed by Defendant, when Defendant had not, in fact, signed or otherwise agreed to the Guaranty.

WHEREFORE, Defendant respectfully requests that this Court enter judgment in its favor and against Plaintiff, dismissing all causes of action asserted in the Complaint against Defendant with prejudice and awarding Defendant such other and further relief as the Court deems appropriate.

**DEFENDANT'S JURY DEMAND**

Defendant hereby demands a trial by jury on all issues so triable.

Dated: June 27, 2025

Respectfully submitted,

BITTMAN LAW FIRM PLLC

*/s/ Robert J. Bittman*

Robert J. Bittman (Bar ID 464947)
The Willard Office Building
1455 Pennsylvania Avenue, N.W., Suite 400
Washington, DC 20004
Phone: (202) 360-0360
Email: rbittman@bittmanlaw.com

*Counsel for Defendant Louis T. Donatelli*

**CERTIFICATE OF SERVICE**

I hereby certify that I have caused the foregoing document to be filed electronically with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all parties of record registered in this action. I further certify that I am causing a copy of the foregoing document to be served by U.S. Mail, postage prepaid, and email on the following person:

Christopher J. Donatelli
1400 Irving Street, N.W.
Washington, DC 20010
chris@dkdevelopment.com

Dated: June 27, 2025

*/s/ Robert J. Bittman*
Robert J. Bittman