**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HIGHLAND PARK MEZZ LENDER LLC,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER J. DONATELLI and LOUIS T. DONATELLI,<br><br>Defendants. | Case No. 1:25-cv-01614 |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT**

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, Plaintiff Highland Park Mezz Lender ("Plaintiff") respectfully moves the Court for leave to file the Amended Complaint, attached hereto as Exhibit A.

Rule 15 provides that "a party may amend its pleading [with] the court's leave" and that "[t]he court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2). Allowing Plaintiff to file the Amended Complaint would serve justice and promote judicial efficiency. Furthermore, there would be no substantial or undue prejudice, bad faith, undue delay, or futility. This action was filed only a little over two months ago and is in its very early stages.

Through the Amended Complaint, Plaintiff now seeks to add one new Count, in the alternative, to allege fraud against Defendant Christopher Donatelli. Defendant Louis Donatelli has taken the position that he is not liable on the Guaranty at issue due to the fraudulent actions of Defendant Christopher Donatelli—specifically that Christopher Donatelli forged Louis Donatelli's signature. Because of this claim of fraud, which has not yet been tested by discovery, it is in the interests of justice and judicial efficiency to allow Plaintiff to amend its complaint to include, in the alternative, a count for fraud against Defendant Christopher Donatelli.

Pursuant to Rule 15, Plaintiff sought the consent of Defendant Louis Donatelli on July 23, 2025 to file the attached Amended Complaint. Counsel for Defendant Louis Donatelli has declined consent, thereby necessitating the instant motion.

For these reasons, Plaintiff respectfully requests that the Court grant Plaintiff's leave to file the attached Amended Complaint.

Respectfully submitted,

Date: July 25, 2025

*/s/David H. Bamberger*

David H. Bamberger (DC Bar No. 362285)
Olivia Houston (DC Bar No. 1741744)
DLA Piper LLP (US)
500 8th Street, N.W.
Washington, D.C. 20004
P: (202) 799-4500
F: (202) 799-5000
david.bamberger@us.dlapiper.com
olivia.houston@us.dlapiper.com

*Counsel for Plaintiff Highland Park Mezz Lender, LLC*

**CERTIFICATE OF SERVICE**

I certify that on July 25, 2025, a true and correct copy of the foregoing document was served on counsel of record for Defendant Louis Donatelli via the court's ECF system and on Defendant Christopher Donatelli via first-class mail to 4416 East West Highway, #410, Bethesda, MD 20814.

*/s/David H. Bamberger*
David H. Bamberger (DC Bar No. 362285)
**DLA PIPER LLP (US)**